# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**SEAN WEAREN**

Case Number: **6:89-CR-264-ORL-18DAB**

USM Number: **10091-018**

Peter Warren Kenny, AFPD
201 S. Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant was found in violation of charge numbers One, Two and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Possession of More Than 20 Grams of Cannabis | January 16, 2007 |
| Two | Driving While License Suspended or Revoked | December 31, 2006 |
| Four | Issued Citation and Charged with Reckless Driving | March 13, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Violations Three, Five and Six of the Superseding Petition are Dismissed.

Date of Imposition of Sentence:

1/17/2008

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

January 18, 2008

SEAN WEAREN   Page 2 of 2
6:89-CR-264-ORL-18DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
        Deputy U.S. Marshal

        January _____,2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case